**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERIC WICKLIFFE, | ) | NO. CV 16-4429-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ERIC ARNOLD (Warden), | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 24, 2016.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE